# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                          NO. 2020 KW 0756

VERSUS

CHRISTOPHER LEIGH CHARBONNET                        **OCTOBER 12, 2020**

---

In Re:    Christopher Leigh Charbonnet, applying for supervisory
          writs, 22nd Judicial District Court, Parish of St.
          Tammany, No. 529748.

---

**BEFORE:    HIGGINBOTHAM, THERIOT, AND WOLFE, JJ.**

   **WRIT DENIED.**

                         **TMH**
                         **MRT**
                         **EW**

COURT OF APPEAL, FIRST CIRCUIT

_____
    DEPUTY CLERK OF COURT
       FOR THE COURT